RECEIVED    FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
US DISTRICT COURT    UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.§ 1983
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
2022 NOV -9  A 9: FOR THE EASTERN DISTRICT OF ARKANSAS
TAMMY H DOWNS          _____Central_____ DIVISION

CASE NO.___4:22-cv-01090-JM___

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 09 2022

TAMMY H. DOWNS, CLERK
By:_____
(DEP CLERK

Parties

In item A below, place your full name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

.A    Name of plaintiff:_Justin Surratt_ ADC#_551914_

Address: _PO Box 1000 Wrightsville AR 72183-1000_

Name of plaintiff:_____ ADC#_____

Address: _____

Name of plaintiff:_____ ADC#_____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

.B    Name of defendant: _Shane West, et al_

Position:_Jail Admin_

Place of employment: _Conway County Jail_

Address: _#30 Southern Valley Dr. Morrilton AR 72110_

Name of defendant: _Charles Wilson, et al_

Position:_C.O. Officer_

Place of employment: _Conway County JAIL_

Address: _#30 Southern valley Dr. Morrilton AR 72110_

This case assigned to District Judge <u>Moody</u>
and to Magistrate Judge <u>Ervin</u>

Name of defendant: _Alicia Taylor, ETAL etal_

Position: _Supervisor_

Place of employment: _Conway County Jail_

Address: _# 30 Southern Valley Dr. Morrilton AR 72110_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

I.    Are you suing the defendant in:

- Official capacity only
- Personal capacity only
- Both official and personal capacity

II.   Previous Lawsuits

.B    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No _✓_

.C    If you answer is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Yes _____    No _____

- Parties to the previous lawsuit:

Plaintiffs _____

_____

Defendants: _____

_____

- Court (if federal court, name the district; if state court, name the county):

- Docket Number: _____

- Name of Judge to whom case was assigned: _____

- Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

- Approximate date of filing lawsuit: _____

- Approximate date of disposition: _____

IV.    Place of Present confinement _Wrightsville Prison, Wrightsville AR Rd, Box 1008, 72183_

V.    At the time of the alleged incident(s), were you:

(Check appropriate blank)

___✓___ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

___✓___ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _Waiting on PTR, and being Held on 2 FTA's that I was present on_

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?
    Yes _✗_ No _____

B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
    Yes _✗_ No _____

    If not, why? _____
    _____

VII.    Statement of claim

State here (as briefly as possible) the facts of you case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

A - Wrongful Imprisonment I was in Court Feb.9 2022 went to see my P.O. Feburary 14th and she arrested me on 2 FTA from Feburary 9 I have a whitness and Court Clerk has me on a not Guilty Plea from that Day I was held in Conway County Jail on 20,000 Cash Bond till I sisned for time on May 10th 2022 I sisned on a PTR on other charses

B. During my time in the County Jail on May 11th an Altercation Broke out and I was truing to Break it up and was struck from behind and attacked I had a Broken wrist and a Broken Rib Due to video I wasnt in any trouble and I grieved the pain and requested to go to the E.R. they Finally took me on June 19 2022 to hospital and took X Rays of wrist only prescribed me I Bprofen 800 which I never Recieved and

VIII.    Relief Left for prison on July 8 2022

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Compensation for Being false Imprisonment and for violation of my 7th-8th admendent right in the Sum of 1.2 million Dollars

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.

Executed on this 27 day of August , 20 22 .

Signature(s) of Plaintiff(s) Justin Surrett

Justin Surratt
551914
Wrightsville, AR 72183



PRO SE CLERK
West Capital Avenue, Suite 402
Little Rock, Arkansas 72201-3325

72201-9999