IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN SURRATT**  **PLAINTIFF**
**ADC #551914**

V.  CASE NO. 4:22-cv-01090 JM

**SHANE WEST, Jail Admin.,**
**Conway County Jail,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE